# COVINGTON

BEIJING  BRUSSELS  LONDON  LOS ANGELES
NEW YORK  SAN FRANCISCO  SEOUL
SHANGHAI  SILICON VALLEY  WASHINGTON

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1000

**By ECF and FedEx**

December 7, 2015

The Hon. Paul A. Engelmayer
**UNITED STATES DISTRICT JUDGE**
United States Courthouse
40 Foley Square, Room 2201
New York, NY 10007

Re: 14-cv-5902 – *AGCS Marine Insurance Company v. World Fuel Services Inc. and World Fuel Services Europe, Ltd.* – Exhibits to Joint Stipulation of Facts

Dear Judge Engelmayer:

Pursuant to the Court's Order of December 3, 2015 (Dkt. No. 61), the World Fuel Services parties are publicly filing the enclosed exhibits to the Joint Stipulation of Facts (Dkt. No. 60-1). The versions of Exhibits 1, 2, 5, 8, 14, 20, 24, and 26 are redacted as approved by the Order. A copy of this letter, its enclosures, and the Joint Stipulation of Facts also will be sent to the courthouse via FedEx.

Respectfully submitted,

Mari K. Bonthuis

Enclosures

cc: John A. V. Nicoletti (by ECF)
    Nooshin Namazi (by ECF)
    Kevin J. B. O'Malley (by ECF)