UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WORLD FUEL SERVICES, INC. and<br>WORLD FUEL SERVICES EUROPE, LTD.,<br><br>Defendants. | 14-CV-5902 (PAE)(SN)<br><br>**NOTICE OF MOTION<br>FOR SUMMARY<br>JUDGMENT**<br><br>**ORAL ARGUMENT<br>REQUESTED** |

PLEASE TAKE NOTICE that Defendants/Counterclaimants World Fuel Services, Inc. and World Fuel Services Europe, Ltd., upon the Declaration of Mari K. Bonthuis and the exhibits thereto; the Local Rule 56.1 Statement; the previously-filed Joint Stipulation of Facts (Dkt. 60-1) and the exhibits (Dkt. 63-1 through Dkt. 63-28) thereto; and the accompanying memorandum of law will and hereby do move this Court, before The Honorable Paul A. Engelmayer, United States District Judge, at the Thurgood Marshall United States Courthouse, Courtroom 1305, 40 Foley Square, New York, New York, as soon as counsel may be heard, for an Order: (1) granting summary judgment in favor of Defendants/Counterclaimants and against AGCS Marine Insurance Company ("AGCS") on Defendants/Counterclaimants' First Counterclaim for declaratory relief; (2) granting summary judgment in favor of Defendants/Counterclaimants and dismissing AGCS's First and Second Causes of Action in its Complaint dated July 30, 2014; and

(3) granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
December 18, 2014

                                      COVINGTON & BURLING LLP

                                      By: s/ Martin H. Myers
                                          Martin H. Myers

                                      Marienna Murch
                                      One Front Street
                                      San Francisco, CA 94111
                                      (415) 591-6000
                                      mmyers@cov.com
                                      mmurch@cov.com

                                      P. Benjamin Duke
                                      Mari K. Bonthuis
                                      The New York Times Building
                                      620 Eighth Avenue
                                      New York, New York 10018
                                      (212) 841-1000
                                      mbonthuis@cov.com
                                      pbduke@cov.com

                                      *Attorneys for Defendants/Counterclaimants World Fuel Services, Inc. and World Fuel Services Europe, Ltd.*

To:

John A. V. Nicoletti
Nooshin Namazi
Kevin J. B. O'Malley
NICOLETTI HORNIG & SWEENEY
88 Pine Street
New York, NY 10005

*Counsel for Plaintiff AGCS Marine Insurance Company*